IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT L. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:13-01287 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| METRO GOVERNMENT POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Defendant's motion to dismiss (Docket Entry No. 10) is **GRANTED**. Plaintiff's claims are **DISMISSED**..

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 30th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge